IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RONALD WEAVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case No.  99-1150-ST |
| v. | ) | |
| | ) | O R D E R |
| JOAN PALMATEER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Todd H. Grover
Attorney at Law
143 S. W. Shevlin-Hixon Drive, Suite 203
Bend, Oregon  97702

    Attorney for Petitioner

Hardy Myers
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97310

    Attorney for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 2, 2008. Respondent filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated July 2, 2008 in its entirety.

IT IS HEREBY ORDERED that Petitioner's Motion for Relief from the Superceding Judgment (#154) is granted. The Clerk of Court is directed to reopen this action so that Magistrate Judge Stewart can address Grounds Two and Three of the Amended Petition.

DATED this ___2nd___ day of October, 2008.

                                        /s/ Garr M. King
                                            GARR M. KING
                                     United States District Judge